UNITED STATES of America,
Plaintiff-Appellee,

v.

Dwight L. BURNS, Defendant-Appellant.
No. 14739.

United States Court of Appeals
Sixth Circuit.
April 7, 1962.

Frank E. Doyle, St. Louis, Mo., for defendant-appellant.

Sanford Rosenthal, Asst. U. S. Atty., Detroit, Mich., Lawrence Gubow, U. S. Atty., Herbert M. August, Asst. U. S. Aty., Detroit, Mich., on brief, for plaintiff-appellee.

Before WEICK and O'SULLIVAN, Circuit Judges, and BOYD, District Judge.

ORDER.

This appeal from the judgment and sentence of the district court upon a jury verdict finding the defendant guilty of violating Section 472, Title 18 U.S.C.A., which makes it unlawful to knowingly pass with intent to defraud a counterfeit obligation or security of the United States, has been heard and considered upon the briefs and oral arguments of counsel and the record in the case;

And it appearing there is substantial evidence to support the verdict of the jury and there being no reversible error in the rulings of the district judge;

The judgment of conviction and sentence herein is affirmed; and it is so ordered.